**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHANGYEON MOON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>NOVO NORDISK A/S, LARS FRUERGAARD JØRGENSEN, and MARTIN HOLST LANGE,<br><br>    Defendants. | Civil Action No.:  3:25-cv-713-RK-JBD<br><br><br>**STIPULATION AND ORDER REGARDING SERVICE, FILING OF AMENDED COMPLAINT, AND MOVING OR OTHERWISE RESPONDING** |

This stipulation ("Stipulation") is made between Changyeon Moon ("Plaintiff") and Novo Nordisk A/S ("Defendant").  Plaintiff and Defendant are collectively referred to herein as the "Parties."

Having conferred, counsel for the Parties agree as follows:

**WHEREAS**, on January 24, 2025, Plaintiff commenced the above-captioned action by filing a putative class action complaint (the "Complaint") (ECF No. 1);

**WHEREAS** this putative class action asserts federal securities claims that are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), *see* 15 U.S.C. §§ 77z-1 *et seq.*, 78u-4 *et seq.*;

**WHEREAS** the PSLRA provides for the consolidation of all related actions and the appointment of a lead plaintiff and lead counsel, *see* 15 U.S.C. §§ 77z-1(a)(3), 78u-4(a)(3);

**WHEREAS** the process for the selection of lead plaintiff(s) and lead counsel in accordance with the PSLRA has not yet been completed, and Plaintiff calculates motions for appointment as lead plaintiff are not due to be filed until March 25, 2025;

**WHEREAS** the party appointed as lead plaintiff may wish to file a consolidated or amended complaint, which will supersede the current complaint in the action;

**WHEREAS**, counsel for the Parties believe that an answer or motion responding to the Complaint would be premature prior to the selection of lead plaintiff(s) and lead counsel; and

**WHEREAS** the Parties have conferred and agree that the obligation to respond to the Complaint should be deferred for Defendant in light of the foregoing and in the interest of judicial efficiency;

**WHEREAS** the Parties have not previously requested any extension of time in the above-captioned action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

1.      The undersigned counsel for Defendant is authorized to, and hereby does, waive service of the summons and the Complaint in this Action on behalf of Defendant, without waiver of, or prejudice to, any of its rights, arguments, defenses or other objections, except as to service of process.

2.      Defendant shall have no obligation to answer or otherwise respond to any complaint in this or any subsequently-related action until after the Court appoints a lead plaintiff and lead counsel.

3.      Within fourteen (14) days after the entry of an order by the Court appointing a lead plaintiff and lead counsel, counsel for Defendant will meet and confer with the court-appointed lead plaintiff's counsel and submit for the Court's approval a proposed schedule for the filing of any consolidated or amended complaint or designation of the initial complaint as the operative complaint, Defendant's response(s) to the same, and all briefing or other submissions associated with any motion(s) to dismiss the operative complaint.

4.      Defendant expressly reserves all rights, arguments, defenses, or other objections (other than insufficient service of process).

5.      Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

6.      This Stipulation may be executed in counterparts, and copies thereof furnished by electronic format shall be deemed originals for all purposes.

// REMAINDER OF PAGE INTENTIONALLY LEFT BLANK //

3

Respectfully Submitted this 25th day of February 2025, by:

LEVI & KORSINSKY, LLP                  GIBBONS P.C.

s/ Adam M. Apton                       s/ Samuel I. Portnoy
Adam M. Apton                          Samuel I. Portnoy
33 Whitehall Street, 17th Floor        One Gateway Center
New York, New York 10004               Newark, New Jersey 07102-5310
Tel: (212) 363-7500                    Tel: (973) 596-4879
aapton@zlk.com                         sportnoy@gibbonslaw.com

*Counsel for Plaintiff Changyeon Moon*    *Counsel for Defendant Novo Nordisk A/S*

The Stipulation regarding service, filing of the amended complaint, and moving or otherwise

responding is **SO ORDERED**:

This __28th__ day of __February__ 2025.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

4