

SAMUEL I. PORTNOY
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4909 Fax: (973) 639-6218
sportnoy@gibbonslaw.com

March 12, 2025

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, 7E
Trenton, New Jersey 08608

Re:    *Moon v. Novo Nordisk A/S, et al.*, **No. 25-cv-713-RK-JBD**

Dear Judge Day:

This firm represents Defendant Novo Nordisk A/S ("NNAS"), and now also represents Defendants Lars Fruergaard Jørgensen and Martin Holst Lange (the "Individual Defendants"), in the above-referenced matter. As Your Honor is aware, on February 28, 2025, the Court entered a Stipulated Order accepting service on behalf of Defendant NNAS and extending the time for NNAS to respond to Plaintiff's Complaint, pending: (i) resolution of the process for appointing lead plaintiff and lead counsel under the Private Securities Litigation Reform Act of 1995; and (ii) acceptance by the Court of a proposed schedule for the filing of any consolidated or amended complaint or designation of the initial complaint as the operative complaint, Defendant's response(s) to the same, and all briefing or other submissions associated with any motion(s) to dismiss the operative complaint. ECF No. 9.

In order to promote efficiency for the Court and all parties, we now write jointly with counsel for Plaintiff to request that all terms of the February 28, 2025 Stipulated Order, ECF No. 9, also be made applicable to the Individual Defendants.

If the foregoing meets with Your Honor's approval, the parties respectfully request that this letter be So Ordered. The parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

*s/ Adam M. Apton*
Adam M. Apton
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel: (212) 363-7500
*Attorneys for Plaintiff*
*Changyeon Moon*

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
*Attorneys for Defendants*
*Novo Nordisk A/S, Lars Fruergaard*
*Jørgensen and Martin Holst Lange*

GIBBONS P.C.

Hon. J. Brendan Day, U.S.M.J.
March 12, 2025
Page 2


cc:  All Counsel of Record (via CM/ECF)


**It is SO ORDERED** that the stipulation regarding
moving or otherwise responding to plaintiff's complaint,
as outlined under Dkt. 9 and So Ordered by the
undersigned, hereby applies to defendants Lars
Fruergaard Jørgensen and Martin Holst Lange.


Dated:   ___March 13___ , 2025

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE