**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANGYEON MOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVO NORDISK A/S,<br>LARS FRUERGAARD JØRGENSEN,<br>AND MARTIN HOLST LANGE,<br><br>Defendants. | No.: 3:25-cv-00713-RK-JBD<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF MOVANT BRIAN JACKSON TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**Motion Date: April 21, 2025** |

Movant Brian Jackson ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. Dkt. No.15.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party.

.

1

Dated: April 1, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and
the Class*

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 4/2/25

2