NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANGYEON MOON<br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, *et al.*,<br><br>Defendants. | Civil Action No. 25-713 (RK) (JBD)<br><br>**ORDER** |

**KIRSCH, District Judge**

**THIS MATTER** having come before the Court upon the Motions to Appoint Lead Plaintiff and for Approval of Selection of Lead Counsel filed in *Moon v. Novo Nordisk A/S, et al.* (No. 25-713) by John Marraffa (ECF No. 14); New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Pavers & Road Builders District Council Pension Fund, and City of Kissimmee General Employees' Retirement Plan (ECF No. 16); City of Pinellas Park Police Pension Fund and City of Pinellas Park Firefighters' Pension Fund (ECF No. 18); Philip Topinko (ECF No. 19); and Michael Kopanic and Daniel Blackman (ECF No. 20); the Court, having reviewed the submissions of all parties in connection with he pending motions and for good cause shown,

**IT IS** on this 9th day of April, 2025, **ORDERED** that:

1. This Order shall apply to any case that is subsequently filed in this Court that relates to the same subject matter as this action.

2. Every pleading in the Action shall have the following caption: *In re Novo Nordisk A/S Securities Litigation*, No. 3:25-cv-00713-RK-JBD.

3. The unopposed Motion filed by New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Pavers & Road Builders District Council Pension Fund, and City of Kissimmee General Employees' Retirement Plan (ECF No. 16) is **GRANTED**.

4. New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Pavers & Road Builders District Council Pension Fund, and City of Kissimmee General Employees' Retirement Plan are hereby appointed to serve as Lead Plaintiffs in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

5. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

6. Seeger Weiss LLP is hereby appointed as liaison counsel.

7. The Motions filed by John Marraffa (ECF No. 14); City of Pinellas Park Police Officers' Pension Fund and City of Pinellas Park Firefighters' Pension Fund (ECF No. 18); Philip Topinko (ECF No. 19); and Michael Kopanic and Daniel Blackman (ECF No. 20) are **DENIED**.

8. The Clerk of Court is directed to terminate the motions at ECF Nos. 14, 16, 18, 19, and 20.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**