

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

July 2, 2025

**SO ORDERED**

*Robert Kirsch, U.S.D.J.*
**Date:** July 3, 2025

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, 4E
Trenton, New Jersey 08608

Re:   *In re Novo Nordisk A/S Sec. Litig.*, No. 25-cv-713-RK-JBD

Dear Judge Kirsch,

This firm, along with Paul, Weiss, Rifkind, Wharton & Garrison LLP, represents Defendants in the above-referenced matter. In accordance with the Court's Stipulated Scheduling Order dated May 5, 2025 (ECF No. 33), on June 30, 2025, Plaintiffs filed a Consolidated Amended Complaint (ECF No. 39) (the "CAC"). The CAC spans 78 pages and includes 159 numbered paragraphs. Currently, Defendants' deadline for responding to the CAC is July 14, 2025. In light of the impending holiday, and in order to allow Defendants sufficient time to fully assess the CAC and prepare a letter requesting a pre-motion conference for their anticipated motion to dismiss in accordance with section I.A of the Court's Individual Rules and Procedures, Defendants respectfully request an extension of their response deadline to **July 30, 2025**. This is Defendants' first request for an extension of time to respond to the CAC. Plaintiffs consent to this requested extension.

If the foregoing meets with Your Honor's approval, we respectfully request that this letter be So Ordered.

We thank the Court for its continuing attention to this matter. If you have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

*s/* Samuel I. Portnoy
Samuel I. Portnoy

cc:   All Counsel of Record (*via ECF*)