UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re Novo Nordisk A/S Securities Litigation* | Civil Action No.: 3:25-cv-713-RK-JBD<br><br>ORDER GRANTING THE ADMISSION PRO HAC VICE OF DANIEL J. KRAMER, ANDREW G. GORDON, AND DANIEL S. SINNREICH |

**THIS MATTER** having been brought before the Court by Defendants Novo Nordisk A/S, Lars Fruergaard Jørgensen, and Martin Holst Lange ("Defendants"), by and through their attorneys, Gibbons P.C., seeking the entry of an Order admitting Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich of Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Samuel I. Portnoy, Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich; and Plaintiffs having consented to this application; and for other good cause shown;

**IT IS** on this  7th  day of July, 2025 **ORDERED:**

1. That Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

2. That Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich are hereby required to abide by the Local Civil Rules of the District of New Jersey and all disciplinary rules, including but not limited to, all disciplinary rules set forth in L. Civ. R. 101.1, *et seq.*; and

3. That Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich shall individually notify the Court immediately of any matter affecting their individual standing at the bar of any other court; and

4. That all pleadings, briefs and other papers filed with the Court shall be signed by a member of the bar of this Court from Gibbons P.C., who shall also be held responsible for

Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich and their conduct of the matter; and

5. That Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich shall each make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent Defendants before this Court; and

6. That pursuant to Local Civil Rule 101.1(c)(3), Daniel J. Kramer, Andrew G. Gordon, and Daniel S. Sinnreich, shall make payment of $250.00 each, or cause payment of $250.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE