## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*In re Novo Nordisk A/S Securities Litigation*

Civil Action No.: 3:25-cv-713-RK-JBD

*Document Electronically Filed*

**STIPULATION AND CONSENT ORDER FOR EXTENSION OF TIME**

WHEREAS, on April 17, 2025, Defendants submitted a letter to the Court enclosing a Joint Stipulation and Proposed Order setting a schedule for the filing of Plaintiffs' amended complaint and any motion to dismiss or other response thereto (ECF No. 29);

WHEREAS, on April 22, 2025, chambers emailed the parties and advised the parties to "file a revised Proposed Order that sets forth the proposed date solely for the filing of the amended complaint. A briefing schedule for any dispositive motion will only be set after the parties have engaged in the pre-motion conference procedure outlined in Judge Kirsch's Judicial Preferences";

WHEREAS, on June 30, 2025, Plaintiffs filed a Consolidated Amended Complaint (ECF No. 39);

WHEREAS, in accordance with section I.A of the Court's Individual Rules and Practices, Defendants filed a letter requesting a pre-motion conference for their anticipated motion to dismiss on July 30, 2025 (ECF No. 52); and Plaintiffs filed a letter response on August 13, 2025 (ECF No. 61);

WHEREAS, on September 3, 2025, this Court issued a Text Order (ECF No. 62) that authorized the filing of Defendants' motion to dismiss, and set forth the following briefing schedule: Defendants' motion to dismiss to be served within 20 days of the Text Order (September 23, 2025); Plaintiffs' opposition brief to be served 14 days later (October 7, 2025); Defendants'

reply to be served 7 days later (October 14, 2025); Defendants to file all papers under separate docket entries 7 days later (October 21, 2025) (ECF No. 62); and

WHEREAS, Plaintiffs and Defendants have conferred and are in agreement on a schedule for the service of Defendants' motion to dismiss, Plaintiffs' opposition to the motion, and Defendants' reply papers, and the filing of all papers;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs and Defendants, as follows:

1. Defendants shall serve their motion to dismiss on Plaintiffs by **October 14, 2025**;

2. Plaintiffs shall serve their opposition on Defendants by **November 24, 2025**;

3. Defendants shall serve their reply in support of their motion to dismiss by **December 22, 2025**; and

4. Defendants shall file the moving papers, opposition papers, and reply papers simultaneously under three separate docket entries by **December 22, 2025**.

Respectfully submitted this 15th day of September 2025, by:


**SEEGER WEISS LLP**

*s/ Christopher A. Seeger*
Christopher A. Seeger
Christopher L. Ayers
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel:: (973) 639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com

*Liaison Counsel*

**GIBBONS P.C.**

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4909
sportnoy@gibbonslaw.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Daniel J. Kramer (*Pro Hac Vice*)
Andrew G. Gordon (*Pro Hac Vice*)
Audra J. Soloway
Daniel S. Sinnreich (*Pro Hac Vice*)
1285 Avenue of the Americas

**ROBBINS GELLER RUDMAN & DOWD LLP**
Ryan A. Llorens (*Pro Hac Vice*)
Jeffrey J. Stein (*Pro Hac Vice*)
Sarah A. Fallon (*Pro Hac Vice*)
Jeremy W. Daniels (*Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, California 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
sfallon@rgrdlaw.com
jdaniels@rgrdlaw.com

*Lead Counsel for Plaintiffs*

New York, New York 10019-6064
Tel: (212) 373-3289
Fax: (212) 492-0289
dkramer@paulweiss.com
agordon@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants*

SO ORDERED:
This 17th day of September 2025.

The Hon. Robert Kirsch
United States District Judge