

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4909 Fax: (973) 639-6218

December 16, 2025

**Via ECF**
The Honorable Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, 4E
Trenton, New Jersey 08608

### *In re Novo Nordisk A/S Securities Litigation*, No. 25-cv-00713-RK-JBD

Dear Judge Kirsch:

This firm, along with Paul, Weiss, Rifkind, Wharton & Garrison LLP, represents Defendants Novo Nordisk A/S, Lars Fruergaard Jørgensen and Martin Holst Lange in the above-referenced matter. On November 24, 2025, Plaintiffs served their opposition to Defendants' motion to dismiss on Defendants along with a 21-page brief titled "Opposition to Defendants' Request to Consider Exhibits Attached to the Declaration of Audra J. Soloway" (the "exhibits opposition"). Defendants' reply in further support of their motion to dismiss is due to be served and filed by December 22, 2025. Dkt. 64. We write respectfully to request permission to file a separate brief not exceeding 10 pages (utilizing 12-point proportional font) to respond to the exhibits opposition. Defendants' forthcoming reply brief will respond to Plaintiffs' opposition brief, but good cause exists for Defendants to file a separate, 10-page response to the exhibits opposition. *See Dang* v. *Amarin Corp. plc*, 750 F. Supp. 3d 431, 453 n.7 (D.N.J. 2024) (Kirsch, J.) (considering defendants' response to plaintiffs' separately-filed objection to certain exhibits attached to attorney declaration). Plaintiffs do not oppose this request.

If the foregoing arrangement meets with Your Honor's approval, we respectfully request that this letter be So Ordered.

We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

s/ *Samuel I. Portnoy*
Samuel I. Portnoy

**GIBBONS P.C.**

s/ *Audra J. Soloway*
Audra J. Soloway

SO ORDERED

Robert Kirsch, U.S.D.J.
**Date:** 12/18/25

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**

cc:    All Counsel of Record (*via ECF*)