**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NOVO NORDISK A/S SECURITIES LITIGATION | Civil Action No. 25-713 (RK) (JBD)<br><br>**ORDER** |

**KIRSCH, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Novo Nordisk A/S ("Novo" or the "Company"), Lars Fruergaard Jørgensen ("Jørgensen"), and Martin Holst Lange ("Lange") (collectively, "Defendants"). (ECF No. 69.) Defendants seek to dismiss co-lead Plaintiffs New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Pavers & Road Builders District Council Pension Fund, and City of Kissimmee General Employees' Retirement Plan's (collectively, "Plaintiffs") Consolidated Complaint. ("CC," ECF No. 41.) For the reasons set forth in its Opinion filed on this date, and for good cause shown,

**IT IS** on this 28th day of July, 2026,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 69) is **GRANTED IN PART** and **DENIED IN PART**, with the following statements alleged under Cout I dismissed from the CC without prejudice to the extent they purport to allege actionable statements:

- CC ¶¶ 43–45, all statements
- CC ¶¶ 51–56, all statements
- CC ¶ 59, only "At least 25% weight loss with a safety and tolerability profile that in Phase I/II was similar to that [of Wegovy.]"

- CC ¶ 62, entire statement
- CC ¶ 65, entire statement
- CC ¶¶ 68–70, all statements
- CC ¶ 73, only "We are still basing all of our assumptions on data derived from Phases I and II. Based on what we know and based on how we understand the biology, as you said yourself, we expect to see really unsurpassed weight loss."
- CC ¶ 75, entire statement
- CC ¶ 77, entire statement; and it is further

**ORDERED** that unless otherwise stated above, Defendants' Motion is **DENIED** with respect to all other alleged misstatements or omissions in the CC; and it is further

**ORDERED** that Count I is **DISMISSED WITHOUT PREJUDICE** with respect to Defendant Jørgensen only; and it is further ordered

**ORDERED** that the Clerk of Court is directed to terminate the Motion pending at ECF No. 69.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE